**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01419-REB-BNB

JAMES R. HEFFLIN,

    Plaintiff,

v.

SLEETER DOVER, Executive Director, Wyoming State Bar,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#12] filed December 2, 2009. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.[2]

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#12] filed December 2, 2009, is **APPROVED AND ADOPTED** as an order of this court;

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

[2] In addition to the lack of venue in this district noted by the magistrate judge, I perceive that plaintiff's case also could be dismissed for lack of personal jurisdiction over defendant in Colorado and/or because defendant is not plaintiff's "employer" as that term is defined by Title VII.

     2.  That **Defendant's Motion To Dismiss** [#5] filed July 20, 2009, is **GRANTED**; and

     3.  That plaintiff's claims against defendant are **DISMISSED WITHOUT PREJUDICE** for lack of venue in this district;.

Dated December 30, 2009, at Denver, Colorado.

                                   **BY THE COURT:**

                                   */s/ Robert E. Blackburn*
                                   Robert E. Blackburn
                                   United States District Judge