**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01419-REB-BNB

JAMES R. HEFFLIN,

    Plaintiff,

v.

SLEETER DOVER, Executive Director, Wyoming State Bar,

    Defendant.

---

**AMENDED ORDER ADOPTING RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

On December 30, 2009, I entered an **Order Adopting Recommendation of the United States Magistrate Judge** [#13].  However, I neglected to address the magistrate judge's recommendation that this case be transferred to the United States District Court for the District of Wyoming.[1]  I now vacate that order and enter this amended order to rectify the inadvertent oversight.

Once again, the matter before me is the **Recommendation of United States Magistrate Judge** [#12] filed December 2, 2009.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v.***

---

[1] Although the magistrate judge did not analyze the transfer issue, it is clear that Wyoming is a district "in which [the case] could have been brought."  28 U.S.C. § 1406(a); ***see*** 42 U.S.C. § 2000e-5(f)(3) (venue under Title VII proper, *inter alia*, "in any judicial district in the State in which the unlawful employment practice is alleged to have been committed").

*Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.[3]

**THEREFORE, IT IS ORDERED** as follows:

1.  That my **Order Adopting Recommendation of the United States Magistrate Judge** [#13] entered December 30, 2009, is **VACATED**;

2.  That the **Recommendation of United States Magistrate Judge** [#12] filed December 2, 2009, is **APPROVED AND ADOPTED** as an order of this court;

3.  That **Defendant's Motion To Dismiss** [#5] filed July 20, 2009, is **GRANTED**;

4.  That plaintiff's claims against defendant are **DISMISSED WITHOUT PREJUDICE** for lack of venue in this district; and

5.  That this case is **TRANSFERRED** to the United States District Court for the District of Wyoming.

Dated December 31, 2009, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  **Morales-Fernandez**, 418 F.3d at 1122.

[3] In addition to the lack of venue in this district noted by the magistrate judge, I perceive that plaintiff's case also could be dismissed for lack of personal jurisdiction over defendant in Colorado.